■ In the Matter of NEAL GIRALDI, Petitioner, v DONALD SELSKY, as Director-Inmate Disciplinary, Respondent. [678 NYS2d 303] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of the Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Following a tier III hearing at which petitioner apparently refused to speak, he was found guilty of violating the prison disciplinary rule which prohibits the unauthorized use of a controlled substance. Contrary to petitioner's contention, the misbehavior report together with the calibration slips from the urinalysis tests indicating the presence of cannabinoids provide substantial evidence to support the determination of guilt (see, Matter of Kreel v Goord, 249 AD2d 600). Petitioner's remaining contentions, having not been raised at the disciplinary hearing, are unpreserved for our review and we decline to address them (see, Matter of Murphy v Selsky, 239 AD2d 724).

Cardona, P. J., Mercure, Crew III, Peters and Spain, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of JOSE MORALES, Petitioner, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, Respondent. [678 NYS2d 302] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

The Attorney-General has advised this Court by letter that the determination at issue has been administratively reversed and all references thereto have been ordered expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is moot and the petition is dismissed (see, Matter of Martin v Henderson, 159 AD2d 867).

Crew III, J. P., Yesawich Jr., Peters, Spain and Carpinello, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.